**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUSAN PANOM THORNBRUE (01) | No. 4:22-cr-205-O |

### INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Possession of a Counterfeit Security
(Violation of 18 U.S.C. § 513(a))

On or about December 23, 2021, in the Fort Worth Division of the Northern District of Texas, the defendant, **Susan Panom Thornbrue**, did unlawfully possess a forged and counterfeit security in the amount of $600.16, purporting to be a security of Educational Employees Credit Union, a private organization that operates in and whose activities affect interstate commerce, and did so with the intent to deceive Bank of America, a private organization that operates in and whose activities affect interstate commerce.

In violation of 18 U.S.C. § 513(a).

Indictment – Page 1

Count Two
Possession of a Counterfeit Security
(Violation of 18 U.S.C. § 513(a))

On or about November 20, 2021, in the Fort Worth Division of the Northern District of Texas, the defendant, **Susan Panom Thornbrue**, did unlawfully possess a forged and counterfeit security in the amount of $523.81, purporting to be a security of Educational Employees Credit Union, a private organization that operates in and whose activities affect interstate commerce, and did so with the intent to deceive Bank of America, a private organization that operates in and whose activities affect interstate commerce.

In violation of 18 U.S.C. § 513(a).

A TRUE BILL.

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
BRANDIE WADE
Assistant United States Attorney
Texas State Bar No. 24058350
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
Email: brandie.wade@usdoj.gov

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

SUSAN PANOM THORNBRUE (01)

INDICTMENT

18 U.S.C. § 513(a)
Possession of a Counterfeit Security
Counts 1 and 2

A true bill rendered

DALLAS                          *signature*                          FOREPERSON

Filed in open court this 19th day of July, 2022.

**Warrant to be Issued - In State Custody**

*signature*

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:22-MJ-437-BJ